| | |
|---|---|
| 1  EDMUND G. BROWN, JR.<br>   Attorney General of the State of California<br>2  W. DEAN FREEMAN<br>   Supervising Deputy Attorney General<br>3  FELIX E. LEATHERWOOD<br>   Supervising Deputy Attorney General<br>4  LISA W. CHAO (State Bar No. 198536)<br>   Deputy Attorneys General<br>5  300 South Spring Street, Room 1702<br>   Los Angeles, CA  90013<br>6  Telephone:     (213) 897-2481<br>   Facsimile:      (213) 897-5775 | **FILED & ENTERED**<br><br>JUL 10 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY reid           DEPUTY CLERK |

THOMAS J. WELSH (State Bar No. 142890)
JAMES E. HOUPT (State Bar No. 187878)
JONATHAN G. RIDDELL (State Bar No. 225004)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

Attorneys for Plaintiff
Insurance Commissioner of the State of California,
As Liquidator of Fremont Indemnity Company

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREMONT GENERAL CORPORATION, a Nevada corporation,<br><br>                              Debtor.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>FREMONT GENERAL CORPORATION, FREMONT INVESTMENT AND LOAN, NICOLE MAURY, JAMES MCINTYRE, LOUIS RAMPINO, THEA STUEDLI, DOES 1-30,<br><br>                              Defendants. | Case No.:  8:08-bk-13421 ES<br>Adv. Proc. Case No.:  8:08-ap-01258 ES<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br><br>Date:   August 13, 2009<br>Time:   9:30 a.m.<br>Place:  Courtroom 5A |

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Having considered the Stipulation for Dismissal with Prejudice [Docket No. 25] among the parties and good cause appearing, IT IS HEREBY ORDERED that the entire action is dismissed against all defendants with prejudice.

Presented by:

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
Supervising Deputy Attorney General
FELIX E. LEATHERWOOD
Supervising Deputy Attorney General
LISA W. CHAO
Deputy Attorney General

 /s/ Lisa W. Chao
Lisa W. Chao
Attorneys for Plaintiff
Insurance Commissioner of the State of California,
as Liquidator of Fremont Indemnity Company

###

DATED: July 10, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

-2-

| | |
|---|---|
| In re: Fremont General Corporation<br>Insurance Commissioner v. Fremont General Corporation, et al.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  8:08-ap-01258 ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 S. Spring Street, Suite 1702, Los Angeles, CA  90013.


A true and correct copy of the foregoing document described **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 19, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Matthew Heyn | mheyn@ktbslaw.com |
| Whitman L Holt | wholt@stutman.com |
| Jonathan Petrus | jpetrus@ktbslaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 19, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached page.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 19, 2009 | Linda Richardson | /s/ Linda Richardson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                         **F 9013-3.1**

| | |
|---|---|
| In re: Fremont General Corporation<br>Insurance Commissioner v. Fremont General Corporation, et al.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:08-ap-01258 ES |

Service by U.S. Mail:

The Honorable Erithe Smith
USBC – Central District of California
Ronald Reagan Building
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701

George T. Caplan
Kristopher S. Davis
Epstein, Becker & Green
1925 Central Park East, Suite 500
Los Angeles, CA  90067

Theodore B. Stolman
Whitman L. Holt
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Michael C. Lieb
Leemore Kushner
Willenken, Wilson, Loh & Lieb LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA  90017

| In re: Fremont General Corporation | CHAPTER: 11 |
|---|---|
| Insurance Commissioner v. Fremont General Corporation, et al. | |
| Debtor(s). | CASE NUMBER: 8:08-ap-01258 ES |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 19, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Matthew Heyn | mheyn@ktbslaw.com |
| Whitman L Holt | wholt@stutman.com |
| Jonathan Petrus | jpetrus@ktbslaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

See attached page.

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| | |
|---|---|
| In re: Fremont General Corporation<br>Insurance Commissioner v. Fremont General Corporation, et al.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:08-ap-01258 ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Service by the Court Via U.S. Mail:

George T. Caplan
Kristopher S. Davis
Epstein, Becker & Green
1925 Central Park East, Suite 500
Los Angeles, CA  90067

Michael C. Lieb
Leemore Kushner
Willenken, Wilson, Loh & Lieb LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA  90017

Thomas J. Welsh
James P. Houpt
Orrick Herrington & Sutcliffe
400 Capitol Mall, Suite 3000
Sacramento, CA  95814

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9021-1.1**